IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jeffrey L. March II
Plaintiff(s),

vs.

DFAS, DOD, & AWG
Defendant(s).

Case No. 2:25cv134

**FILED**

JAN 29 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Motion to Seal
*(Title of Pleading)*

Due to the sensitive nature of the content, and the dangers of exposing personal identifiable information, federal procedures, and the undiscovered statistical nature of the proceedings, I request a Motion to Seal. Being able to seal would provide confidence, fluidity, and transparency to oversight while mitigating spillage and leaks. Additionally request for assistance to redact my information and things of that nature. Need assistance redacting.

Dated: 1/29/2025     Signed: [signature]

Page 1 of ____